

# Fourth Court of Appeals
## San Antonio, Texas

November 15, 2018

No. 04-18-00812-CV

**TEXAS DEPARTMENT OF TRANSPORTATION**,
Appellant

v.

Naomi **MARKHAM**, Carrie Markham, And Trevor Markham, Individually and as The
Administrator of The Estate of Joslyn Markham, Deceased,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-01166
Honorable Martha Tanner, Judge Presiding

## O R D E R

The reporter's record was due November 8, 2018. On November 7, 2018, however, the court reporter responsible for the reporter's record in this appeal filed a notification of late record, stating the record will not be filed because appellant has not paid or made arrangements to pay the reporter's fee to prepare the record and appellant is not entitled to the record without paying the fee. *See* TEX. R. APP. P. 34.6(b), 35.3(b).

We therefore **ORDER** appellant to provide written proof to this court **on or before November 26, 2018** that either (1) the reporter's fee has been paid or arrangements satisfactory to the reporter have been made to pay the reporter's fee, or (2) appellant is entitled to the record without prepayment of the reporter's fee. *See id.* R. 35.3(b). If appellant fails to respond within the time provided, appellant's brief will be due **December 5, 2018** and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See id.* R. 37.3(c).

We **order** the clerk of this court to serve a copy of this order on all counsel and the court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of November, 2018.



_____
KEITH E. HOTTLE,
Clerk of Court